THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK CASTELLANO, Appellant.

Argued October 30, 1942; decided December 10, 1942.

*John McKim Minton, Jr., Irving Seidman* and *Sylvester Cosentino* for appellant.

*Frank S. Hogan,* District Attorney (*Stanley H. Fuld* and *Richard G. Denzer* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Dissenting: LOUGHRAN and FINCH, JJ., on the ground the judgment of conviction is against the weight of the evidence.